CHARLES BELOCK ET AL. *v.* UNION MUTUAL FIRE INSURANCE CO.

February Term, 1936.

Present: POWERS, C. J., SLACK, MOULTON, THOMPSON, and SHERBURNE, JJ.

Opinion filed May 5, 1936.

*Marvelle C. Webber* and *Vernon J. Loveland* for the plaintiff.

*Fred E. Gleason* for the defendant.

SHERBURNE, J.   The issues in this cause are identical with those in *Belock* v. *State Mutual Fire Insurance Company, ante,* page 252.   For the reasons given in that opinion the same entry must be made.

*Judgment affirmed.*